## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID C. WYLIE,** | : | |
| | : | **Civil Action No. 3:16-cv-102** |
| **Plaintiff** | : | |
| | : | **Judge Kim R. Gibson** |
| **vs.** | : | |
| | : | |
| **TRANSUNION, LLC,** | : | |
| | : | |
| **Defendant** | : | |

### JUDGMENT

**AND NOW**, this 29th day of September, 2017, in accordance with Federal Rule of Civil Procedure 58, and the Memorandum Opinion and Order dated September 29, 2017, Judgment is hereby entered in favor of the Defendant, Transunion, LLC, and against the Plaintiff, David C. Wylie.

**BY THE COURT:**

**KIM R. GIBSON,**
**UNITED STATES DISTRICT JUDGE**